MARGARET MANNING, executrix of John Manning, deceased,
appellant,

*v.*

HENRY BROWN and ROBINETTE BROWN, respondents.

On appeal from an order of September 10th, 1890, advised
by Vice-Chancellor Bird, adjudging that the interest of Baldwin
C. Brown in the gross proceeds of sale of the mortgaged prem-
ises should be first charged with the whole amount due the com-

Clifton v. Tulane.

plainant (appellant) on her mortgage, and that the defendants (respondents) are entitled to receive all the surplus.

*Mr. Howard W. Hayes*, for the appellant.

*Messrs. Alward & Parrot*, for the respondents.

PER CURIAM.
Order affirmed.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, KNAPP, MAGIE, REED, VAN SYCKEL, BROWN, SMITH, WHITAKER—10.

*For reversal*—None.